# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| DORYS POLANCO | ASHFORD TRS BUCKS COUNTY, LLC, d/b/a SHERATON BUCKS COUNTY; and JOHN DOE 1-10 (fictitiously named; |
| **(b)** County of Residence of First Listed Plaintiff  Passaic County, NJ<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant  Dallas County, TX<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)*<br>Christopher A. Bradley, Brandon J. Broderick, LLC, 850 Bear Tavern Road, Suite 106, Ewing, NJ 08268;<br>201-882-7880 | Attorneys *(If Known)*<br>Victoria M. Komarnicki, Bennett, Bricklin & Saltzburg LLC, Centre Square West , 1500 Market St., 32nd Floor, Philadelphia, PA 19102; 215-665-3303 |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[x] 360 Other Personal Injury<br>[ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 835 Patent - Abbreviated New Drug Application<br>[ ] 840 Trademark<br>[ ] 880 Defend Trade Secrets Act of 2016 | [ ] 375 False Claims Act<br>[ ] 376 Qui Tam (31 USC 3729(a))<br>[ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 480 Consumer Credit (15 USC 1681 or 1692)<br>[ ] 485 Telephone Consumer Protection Act<br>[ ] 490 Cable/Sat TV<br>[ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | [ ] 440 Other Civil Rights<br>[ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 448 Education | **Habeas Corpus:**<br>[ ] 463 Alien Detainee<br>[ ] 510 Motions to Vacate Sentence<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>**Other:**<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee - Conditions of Confinement | [ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Management Relations<br>[ ] 740 Railway Labor Act<br>[ ] 751 Family and Medical Leave Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Employee Retirement Income Security Act | [ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 | [ ] 891 Agricultural Acts<br>[ ] 893 Environmental Matters<br>[ ] 895 Freedom of Information Act<br>[ ] 896 Arbitration<br>[ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>[ ] 950 Constitutionality of State Statutes |
| | | **IMMIGRATION**<br>[ ] 462 Naturalization Application<br>[ ] 465 Other Immigration Actions | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*28 USC 1332(c)*

Brief description of cause:
*Premises Liability claim-slip and fall*

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ Excess of $50,000

CHECK YES only if demanded in complaint:

JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE  Apr 20, 2022

SIGNATURE OF ATTORNEY OF RECORD  /s/ Victoria M. Komarnicki

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 96 E. 33rd Street , 2nd Floor, Paterson, NJ 07514

Address of Defendant: 14185 Dallas Parkway, Suite 1100, Dallas, Texas 75254

Place of Accident, Incident or Transaction: 400 Oxford Valley Road, Langhorne, PA 19047

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☐   No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes ☐   No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?    Yes ☐   No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes ☐   No ☐

I certify that, to my knowledge, the within case ☐ is / ☒ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 04/20/2022     *Victoria M. Komarnicki*     34673
                        *Attorney-at-Law / Pro Se Plaintiff*        *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A.**    **Federal Question Cases:**             **B.**    **Diversity Jurisdiction Cases:**

| A. Federal Question Cases | B. Diversity Jurisdiction Cases |
|---|---|
| ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts | ☐ 1. Insurance Contract and Other Contracts |
| ☐ 2. FELA | ☐ 2. Airplane Personal Injury |
| ☐ 3. Jones Act-Personal Injury | ☐ 3. Assault, Defamation |
| ☐ 4. Antitrust | ☐ 4. Marine Personal Injury |
| ☐ 5. Patent | ☐ 5. Motor Vehicle Personal Injury |
| ☐ 6. Labor-Management Relations | ☑ 6. Other Personal Injury *(Please specify):* **premises liability-slip & fall** |
| ☐ 7. Civil Rights | ☐ 7. Products Liability |
| ☐ 8. Habeas Corpus | ☐ 8. Products Liability – Asbestos |
| ☐ 9. Securities Act(s) Cases | ☐ 9. All other Diversity Cases |
| ☐ 10. Social Security Review Cases | *(Please specify):* _____ |
| ☐ 11. All other Federal Question Cases | |
| *(Please specify):* _____ | |

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐   Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs.

☐   Relief other than monetary damages is sought.

DATE: _____     _____     _____
                        *Attorney-at-Law / Pro Se Plaintiff*        *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DORYS POLANCO | : |
| | : |
| v. | : |
| | : |
| ASHFORD TRS BUCKS COUNTY, LLC, | : |
| d/b/a SHERATON BUCKS COUNTY | : |
| | : NO. |
| and | : |
| | : |
| JOHN DOE 1-10 (fictitiously named); and | : |
| ABC Co. 1-10 (fictitiously named), and XYZ | : |
| Corporations 1-10 (fictitiously named | : |
| construction, maintenance, repair and/or | : |
| property management corporations) | : |

## <u>NOTICE OF REMOVAL</u>

AND NOW, comes the defendant for the purpose of removing this case to the United States

District Court for the Eastern District of Pennsylvania, and respectfully avers as follows:

1.      This is a civil action filed and pending in the Court of Common Pleas of

Philadelphia County, Pennsylvania, No. 220302596.

2.      Suit was initiated by Complaint filed March 24, 2022. See Exhibit "A".

3.      The Complaint was received by the moving defendant, Ashford TRS Bucks

County, LLC d/b/a Bucks County Sheraton on March 28, 2022.

4.      By Stipulation filed with the Court on April 8, 2022 the parties agreed to dismiss

all defendants except for Ashford TRS Bucks County, LLC d/b/a Bucks County Sheraton, and to

correct the name of the defendant. Defendant filed an Answer to the Complaint on April 12, 2022.

See Exhibit "B" for the Answer and the Stipulation is attached as Exhibit "A" to the Answer.

5.      Ashford TRS Bucks County, LLC d/b/a Bucks County Sheraton is a Delaware

limited liability company with its principal place of business at 14185 Dallas Parkway, Suite 1100,

Dallas, Texas, 75254, and therefore, is a citizen of Texas for purposes of determining diversity. 28 U.S.C. § 1332(c) (1).

6. Ashford TRS Bucks County, LLC d/b/a Bucks County Sheraton is 100% owned by Ashford TRS Senior C1 LLC, a Delaware limited liability company with its principal place of business at 14185 Dallas Parkway, Suite 1100, Dallas, Texas, 75254 and therefore, is a citizen of Texas for purposes of determining diversity.  28 U.S.C. § 1332(c)(1).

7. Ashford TRS Senior C1 LLC is a Delaware limited liability company with its principal place of business at 14185 Dallas Parkway, Suite 1100, Dallas, Texas, 75254 and therefore, is a citizen of Texas for purposes of determining diversity.  28 U.S.C. § 1332(c)(1).

8. Ashford TRS Senior C1 LLC is 100% owned by Ashford TRS Junior C1 LLC, a Delaware limited liability company with its principal place of business at 14185 Dallas Parkway, Suite 1100, Dallas, Texas, 75254 and therefore, is a citizen of Texas for purposes of determining diversity.  28 U.S.C. § 1332(c)(1).

9. Ashford TRS Junior C1 LLC is 100% owned by Ashford TRS Corporation, a Delaware corporation with its principal place of business at 14185 Dallas Parkway, Suite 1100, Dallas, Texas, 75254 and therefore, is a citizen of Texas for purposes of determining diversity.  28 U.S.C. § 1332(c)(1).

10. Ashford TRS Corporation is a Delaware corporation with its principal place of business at 14185 Dallas Parkway, Suite 1100, Dallas, Texas, 75254 and therefore, is a citizen of Texas for purposes of determining diversity.  28 U.S.C. § 1332(c)(1).

11. All other defendants, except Ashford TRS Bucks County, LLC d/b/a Bucks County Sheraton have been dismissed by Stipulation of Counsel. See Exhibit "A" to the Answer to the

Complaint which is Exhibit "B" hereto.

12.     Plaintiff is now and was at the time this action was filed a citizen of the state of New Jersey.

13.     Plaintiff makes the following claims in her Complaint: due to the defendant's negligence on July 22, 2020 she slipped and fell on a puddle of water and ice on the floor and sustained severe and permanent injuries. She sustained tears of her left knee tendons, right shoulder tendons, and injuries to her neck, back and other body parts, ligaments, muscle, tissue and nerves, requiring surgery and other medical treatment. See Exhibit "A", ¶¶ 9, 15.

14.     In addition, plaintiff claims that her injuries have caused loss of income and other economic losses, including medical expenses and loss of life's pleasures, mental anguish, emotional distress, disfigurement, embarrassment and humiliation. See Exhibit "A", ¶¶ 16-18.

15.     Plaintiff's Complaint demands an amount in excess of $50,000.00.

16.     Defendant asked plaintiff to stipulate that the amount in controversy does not exceed Seventy Five Thousand Dollars ($75,000.00); she has not agreed to do so.

17.     Pursuant to 28 U. S. C. §1332 the amount in controversy between plaintiff and defendant is in excess of Seventy Five Thousand Dollars ($75,000) exclusive of interest and costs, based upon the serious and permanent nature of plaintiff's claimed injuries and the damages claimed as set forth in the Complaint and as stated herein.  Exhibit "A", ¶¶ 14-18.

18.     In addition to the above stated amount in controversy requirement, this Court may exercise jurisdiction over this civil suit since it involves a controversy between citizens of different states.  Plaintiff is a citizen of the State of New Jersey.  Defendant is a citizen of the State of Texas.

19.     Defendant files this Notice of Removal pursuant to 28 U.S.C. §1446(b) which

provides, in pertinent part, that:

> The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

20.     This Notice of Removal is being filed within 30 days of defendant's receipt of the Complaint.

21.     The averments made herein are true and correct with respect to the date upon which the Complaint was filed, the date upon which defendant received the Complaint, and the date upon which this Notice is being filed.

22.     Defendant has simultaneously with the filing of this Notice given written notice to plaintiff.

23.     Defendant is filing a copy of the within Notice of Removal and all attachments with the Prothonotary of the Court of Common Pleas of Philadelphia County.

WHEREFORE, defendant hereby removes this suit to this Honorable Court pursuant to the laws of the United States.

**BENNETT, BRICKLIN & SALTZBURG LLC**

BY:  */s/ Victoria M. Komarnicki*
     **VICTORIA M. KOMARNICKI**
     Attorney I.D. No. 34673
     Centre Square, West Tower
     1500 Market Street, 32nd Floor
     Philadelphia, PA 19102
     (215) 665-3303
     komarnicki@bbs-law.com
     Attorney for Defendant,
     Ashford TRS Bucks County, LLC d/b/a Bucks County Sheraton (incorrectly named Ashford TRS Bucks County, LLC d/b/a Sheraton Bucks County)

     April 20, 2022

4

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

DORYS POLANCO                                          :
                                                       :
  v.                                                   :
                                                       :
ASHFORD TRS BUCKS COUNTY, LLC,                         :
d/b/a SHERATON BUCKS COUNTY                            :
                                                       : NO.
and                                                    :
                                                       :
JOHN DOE 1-10 (fictitiously named); and               :
ABC Co. 1-10 (fictitiously named), and XYZ            :
Corporations 1-10 (fictitiously named                 :
construction, maintenance, repair and/or              :
property management corporations)                      :

## NOTICE TO PLAINTIFFS

TO:    Dorys Polanco c/o Christopher A. Bradley, Esquire
       Brandon J. Broderick, LLC
       850 Bear Tavern Road, Suite 106
       Ewing, NJ 08628

Please take notice that defendant by its attorneys Bennett, Bricklin & Saltzburg LLC has filed a
Notice of Removal in the United States District Court for the Eastern District of Pennsylvania
removing to that Court a Civil Action previously pending in the Court of Common Pleas of
Philadelphia County, No. 220302596 captioned <u>Doris Polanco v. Ashford TRS Bucks County,
LLC, d//b/a Sheraton Bucks County, and John Doe 1-10 (fictitiously named), and ABC Co. 1-10
(fictitiously  named), and XYZ Co. 1-10 (fictitiously named construction, maintenance, repair
and/or property management corporations).</u>

                              **BENNETT, BRICKLIN & SALTZBURG LLC**

                              **BY:  _/s/ Victoria M. Komarnicki_**
                                     **VICTORIA M. KOMARNICKI**
                                     Attorney I.D. No. 34673
                                     Centre Square, West Tower
                                     1500 Market Street, 32nd Floor
                                     Philadelphia, PA 19102
                                     (215) 665-3303
                                     komarnicki@bbs-law.com
                                     Attorney for Defendant,
                                     Ashford TRS Bucks County, LLC d/b/a Bucks
                                     County Sheraton (incorrectly named Ashford TRS
April 20, 2021                       Bucks County, LLC d/b/a Sheraton Bucks County)

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DORYS POLANCO | : |
| | : |
|   v. | : |
| | : |
| ASHFORD TRS BUCKS COUNTY, LLC, | : |
| d/b/a SHERATON BUCKS COUNTY | : |
| | : NO. |
| and | : |
| | : |
| JOHN DOE 1-10 (fictitiously named); and | : |
| ABC Co. 1-10 (fictitiously named), and XYZ | : |
| Corporations 1-10 (fictitiously named | : |
| construction, maintenance, repair and/or | : |
| property management corporations) | : |

**PROOF OF FILING**

COMMONWEALTH OF PENNSYLVANIA
§
COUNTY OF PHILADELPHIA

    Victoria M. Komarnicki, Esquire, being duly sworn according to law, deposes and says that she is a member of the law firm of Bennett, Bricklin & Saltzburg LLC, attorneys for defendant, and that she did direct the filing with the Prothonotary of the Court of Common Pleas of Philadelphia County a copy of the Notice of Removal attached hereto, said filing to be made on April 20, 2022.

                           **BENNETT, BRICKLIN & SALTZBURG LLC**

           **BY :** */s/ Victoria M. Komarnicki*
               **VICTORIA M. KOMARNICKI**
               Attorney I.D. No. 34673
               Centre Square, West Tower
               1500 Market Street, 32nd Floor
               Philadelphia, PA 19102
               (215) 665-3303
               komarnicki@bbs-law.com
               Attorney for Defendant,
               Ashford TRS Bucks County, LLC d/b/a Bucks County Sheraton (incorrectly named Ashford TRS Bucks County, LLC d/b/a Sheraton Bucks County)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DORYS POLANCO | : |
| | : |
| v. | : |
| | : |
| ASHFORD TRS BUCKS COUNTY, LLC, | : |
| d/b/a SHERATON BUCKS COUNTY | : |
| | : NO. |
| and | : |
| | : |
| JOHN DOE 1-10 (fictitiously named); and | : |
| ABC Co. 1-10 (fictitiously named), and XYZ | : |
| Corporations 1-10 (fictitiously named | : |
| construction, maintenance, repair and/or | : |
| property management corporations) | : |

**COMMONWEALTH OF PENNSYLVANIA**
§
**COUNTY OF PHILADELPHIA**

**PROOF OF SERVICE**

Victoria M. Komarnicki, Esquire, after being first duly sworn upon oath, deposes and says that she is a member of the law firm of Bennett, Bricklin & Saltzburg, LLC, attorneys for the defendants; and that she did serve this 20th day of April, 2022 the aforementioned Notice to plaintiff upon the individuals named below via electronic filing and via email to:

Dorys Polanco c/o Christopher A. Bradley, Esquire
Brandon J. Broderick, LLC
850 Bear Tavern Road, Suite 106
Ewing, NJ 08628

**BENNETT, BRICKLIN & SALTZBURG LLC**

BY: _/s/ Victoria M. Komarnicki_
    **VICTORIA M. KOMARNICKI**
    Attorney I.D. No. 34673
    Centre Square, West Tower
    1500 Market Street, 32nd Floor
    Philadelphia, PA 19102
    (215) 665-3303
    komarnicki@bbs-law.com
    Attorney for Defendant,
    Ashford TRS Bucks County, LLC d/b/a Bucks County Sheraton (incorrectly named Ashford TRS Bucks County, LLC d/b/a Sheraton Bucks County)

# EXHIBIT "A"

**BRANDON J. BRODERICK, LLC**
**Christopher A. Bradley, Esq. (Attorney ID: 84818)**
**850 Bear Tavern Rd., Suite 106**
**Ewing, NJ 08628**
**cbradley@brandonjbroderick.com**
**201-882-7880**
**Fax 609-256-7334**                                              Attorney for Plaintiffs

| | |
|---|---|
| **DORYS POLANCO**<br>**96 East 33rd St., 2nd Floor**<br>**Paterson, NJ 07514,**<br><br>                                **Plaintiff**<br><br>        **v.**<br><br>**ASHFORD TRS BUCKS COUNTY, LLC,**<br>**d/b/a SHERATON BUCKS COUNTY**<br>**14185 Dallas Parkway, Ste. 1100**<br>**Dallas, TX 75254,**<br><br>              **and**<br><br>**JOHN DOE 1-10 (fictitiously named); and**<br>**ABC Co. 1-10 (fictitiously named), and XYZ**<br>**Corporations 1-10 (fictitiously named**<br>**construction, maintenance, repair and/or**<br>**property management corporations)**<br><br>                        **Defendants** | **COURT OF COMMON PLEAS**<br><br><br>**PHILADELPHIA COUNTY**<br><br><br>**No.** |

## COMPLAINT

1.      Plaintiff, Dorys Polanco, is an adult individual residing at the above address.

2.      At all relevant times, Defendant, Ashford TRS Bucks County, LLC, d/b/a Sheraton

Bucks County ("Sheraton") was a business corporation organized and existing under the laws of

the State of Texas with a registered address as stated above and was operating a hotel under the

fictitious Sheraton Bucks County, located at 400 Oxford Valley Rd., Langhorne, PA 19047.

3.      At all relevant times, Sheraton owned, operated, controlled and/or managed

property with an address of 400 Oxford Valley Rd., Langhorne, PA 19047.

4.      At all relevant times, Sheraton employed, hired and supervised employees, servants, agents and/or contractors to perform work at the property located at 400 Oxford Valley Rd., Langhorne, PA 19047.

5.      At all relevant times, Defendants, JOHN DOE 1-10 (fictitiously named); and ABC Co. 1-10 (fictitiously named), and XYZ Corporations 1-10 (fictitiously named construction, maintenance, repair and/or property management corporations), (collectively referred to as "John Doe Defendants") were individuals residing within and corporations organized and existing under the laws of the Commonwealth of Pennsylvania with registered addresses unknown at present.

6.      At all relevant times, the defendants were responsible for cleaning, inspecting and maintaining the walking surfaces at the property located at 400 Oxford Valley Rd., Langhorne, PA 19047.

7.      At all relevant times, Defendants employed, hired and supervised employees, servants, agents and/or contractors to perform work at the premises located at 400 Oxford Valley Rd., Langhorne, PA 19047.

8.      At all relevant times, Defendants regularly conducted business in Philadelphia County.

## FACTUAL BACKGROUND

9.      On July 22, 2020, at or around 3:00 pm, Dorys Polanco was a business invitee at Defendants' property specified above, there in her capacity as a member of the public and customer of the business operated by defendants.

10.     When Ms. Polanco was walking past the elevators, she was caused to fall by a puddle of water and ice that was present on the floor for a substantial period of time, twisting her legs and causing her to fall on the floor, causing her severe and permanent injuries described more fully below.

Case ID: 220302596

11.    The enduring presence of the defective condition was known or should have been known to defendants for a substantial period prior to Ms. Polanco's fall.

12.    The area where Ms. Polanco fell was under the exclusive control of defendants, and Ms. Polanco in no way contributed to the happening of this incident.

13.    Ms. Polanco's fall and injuries were proximately and factually caused by the defendants and their employees, agents, workmen and/or representatives' failure to identify and remediate the hazardous condition on the walking surface.

14.    As a direct and proximate result of this incident, plaintiff sustained bodily injuries, developed mental distress, required medical care, including surgery, and sustained permanent injuries and economic losses.

15.    The bodily injuries proximately resulting from the incident include, but are not limited to, tear of left knee tendons, tear of right shoulder tendons with surgical repair, and injuries to her neck, back and other body parts, ligaments, muscles, tissue and nerves, requiring surgery and other medical treatment.

16.    Plaintiff has in the past and may into the indefinite future, endure pain, suffering, loss of life's pleasures, inconvenience, mental anguish, emotional distress, disfigurement, embarrassment and humiliation, all to her great detriment and loss, financial and otherwise.

17.    Plaintiff, in suffering these injuries has incurred past medical expenses, and may incur additional medical expenses into the future.

18.    Plaintiff, in suffering these injuries, has incurred income loss and may incur additional economic losses into the future.

## COUNT I - NEGLIGENCE
## PLAINTIFF DORYS POLANCO v. DEFENDANTS

19.    Plaintiff hereby incorporates the above paragraphs above as if they were set forth

fully and completely herein.

20.    Defendants had a duty to inspect, maintain, not cause a hazard, have their employees and agents maintain the walking surfaces at the facility in a safe and reasonable manner, and have policies and procedures to provide a safe environment for its workers, residents and visitors that are followed by their employees and agents.

21.    Defendants breached these duties by failing to properly inspect and maintain the walking surfaces, by causing a hazard, and/or by negligently inspecting and maintaining the walking surfaces allowing it to become a dangerous condition and a foreseeable injury hazard, and Defendant(s) are liable directly and/or vicariously for the negligent acts and/or omissions of their employees of agents.

22.    Defendants acted negligently by:

(a)    failing to inspect, failing to warn, failing to maintain the walking surfaces, failing to adequately remove hazards, or take other reasonable measures to maintain the walking surfaces in a safe condition;

(b)    failing to hire, supervise and retain trained and competent employees, servants and/or workers to inspect the property and maintain the property, and to take other actions to ensure a safe environment, including performing adequate inspections and clearing of walking surfaces, and/or failing to have a sufficient number of workers to perform these tasks, and/or failing to supervise the employees, servants or agents who worked at the property;

(c)    failing to take other actions to remove or relocate the hazards in a safe and reasonable fashion;

(d)    failing to have and/or to follow and enforce policies and guidelines for inspecting and maintaining the walking surfaces on the premises;

(e)    failing to provide safe walking surfaces on the premises for visitors;

Case ID: 220302596

(f)      failing to inspect and monitor the conditions of the walking surfaces on the premises;

23.      Each of the foregoing acts of negligence operating separately, in combinations of two or more, or jointly and cumulatively, was a proximate cause of plaintiff's injuries and losses set forth herein.

24.      Plaintiff in no way contributed to the happening of this accident and acted reasonably at all times.

**WHEREFORE,** Plaintiff demands damages from the Defendants herein, in an amount in excess of Fifty Thousand Dollars ($50,000.00) plus interest thereon and costs.

**BRANDON J. BRODERICK,**
**ATTORNEY AT LAW**


By: _s/Christopher A. Bradley_____
          Christopher A. Bradley, Esquire
          Attorney for Plaintiff

Date: _March 24, 2022_

# EXHIBIT "B"



TO THE WITHIN NAMED
PARTIES:
YOU ARE HEREBY NOTIFIED TO FILE
A WRITTEN RESPONSE TO THE
ENCLOSED **NEW MATTER**
WITHIN TWENTY (20) DAYS FROM
SERVICE HEREOF OR A JUDGMENT
MAY BE ENTERED AGAINST YOU.

*VMK*

**BENNETT, BRICKLIN & SALTZBURG** LLC
By: Victoria M. Komarnicki
Attorney I.D. No. 34673
Centre Square, West Tower
1500 Market Street, 32nd Floor
Philadelphia, PA  19102
(215) 665-3303
komarnicki@bbs-law.com

Attorney for Defendant,
Ashford TRS Bucks County, LLC d/b/a
Bucks County Sheraton

| | |
|---|---|
| DORYS POLANCO | : COURT OF COMMON PLEAS |
| | : PHILADELPHIA COUNTY |
| v. | : |
| | : |
| | : |
| ASHFORD TRS BUCKS COUNTY, LLC, | : |
| d/b/a SHERATON BUCKS COUNTY; | : |
| and JOHN DOE 1-10 (fictitiously named); and | : NO. 220302596 |
| ABC Co. 1-10 (fictitiously named), and XYZ | : |
| Corporations 1-10 (fictitiously named | : |
| construction, maintenance, repair and/or | : |
| property management corporations) | : |

**ANSWER OF DEFENDANT ASHFORD TRS BUCKS COUNTY, LLC d/b/a BUCKS
COUNTY SHERATON TO THE PLAINTIFF'S COMPLAINT WITH NEW MATTER
ADDRESSED TO THE PLAINTIFF**

**ANSWER**

1.      Denied. After reasonable investigation, answering defendant is without sufficient

knowledge or information to form a belief regarding the truth of the allegations of this paragraph

of the complaint and, accordingly, said allegations are denied and strict proof thereof is demanded

at the time of trial.

2.      Denied. The correct name of answering defendant is Ashford TRS Bucks County,

LLC d/b/a Bucks County Sheraton, a Delaware limited liability corporation with its principal place

of business located at 14185 Dallas Parkway, Suite 1100, Dallas, Texas 75254. See attached Stipulation of Counsel, Exhibit "A".

3.      Denied.  Ashford TRS Bucks County, LLC d/b/a/ Bucks County Sheraton operated and maintained the Bucks County Sheraton located at 400 Oxford Valley Road, Langhorne, PA 19047 at all times relevant hereto. The allegations of ownership are denied. The remaining allegations are legal conclusions or at issue and strict proof is demanded.

4, 7.     Denied. The allegations of the agency and employment of unidentified individuals are denied.

5.      The parties identified in this paragraph of the complaint have been dismissed. See attached Stipulation of Counsel, Exhibit "A".

6.      Denied at stated. Ashford TRS Bucks County, LLC d/b/a/ Bucks County Sheraton operated and maintained the Bucks County Sheraton located at 400 Oxford Valley Road, Langhorne, PA 19047 at all times relevant hereto, including cleaning, inspecting and maintaining the area where plaintiff claims she slipped and fell.

8.      Denied. Ashford TRS Bucks County, LLC d/b/a/ Bucks County did not conduct business in Philadelphia.

9.      Denied as stated.  It is admitted only that on July 22, 2020 plaintiff was a registered guest staying at the Bucks County Sheraton.

10 through 18.  Denied.  It is admitted only that on July 22, 2020 plaintiff reported that she slipped and fell in the elevator lobby. The allegations of notice, of a defective condition and the agency and employment of unidentified individuals are denied. After reasonable investigation, answering defendant is without sufficient knowledge or information to form a belief regarding the truth of the remaining allegations of these paragraphs of the complaint and, accordingly, said

Case ID: 220302596

allegations are denied, and strict proof thereof is demanded at the time of trial.

## COUNT I-NEGLIGENCE

19.    Denied. Answering defendant incorporates herein by reference paragraphs 1 through 18 hereof with the same force and effect as if set forth here at length.

20 through 24. Denied. Answering defendant denies the allegations of the agency and employment of unidentified individuals, of notice, a defective or hazardous condition, and negligence to which reference is made in these paragraphs of the complaint.  After reasonable investigation, answering defendant is without sufficient knowledge or information to form a belief regarding the truth of the remaining allegations of these paragraphs of the complaint and, accordingly, said allegations are denied, and strict proof thereof is demanded at the time of trial.

WHEREFORE, answering defendant, Ashford TRS Bucks County, LLC d/b/a Bucks County Sheraton, demands that the plaintiff's complaint against it be dismissed.

## NEW MATTER ADDRESSED TO THE PLAINTIFF

25.    The plaintiff's alleged injuries and damages were caused and/or contributed to, in whole or in part, by the negligence, carelessness, or recklessness of persons, parties, and/or organizations other than the answering defendant, over whom the answering defendant had no control, right of control, or responsibility.

26.    The plaintiff's alleged injuries and damages were caused by the intervening negligence of a third person or persons, which was the superseding cause of the plaintiffs' injuries and damages and, therefore, answering defendant is not liable to the plaintiffs or to anyone else.

Case ID: 220302596

WHEREFORE, answering defendant, Ashford TRS Bucks County, LLC d/b/a Bucks County Sheraton, demands that the plaintiffs' complaint against it be dismissed.

**BENNETT, BRICKLIN & SALTZBURG LLC**

By: _/s/ Victoria M. Komarnicki_
**VICTORIA M. KOMARNICKI**
Attorney for Defendant,
Ashford TRS Bucks County, LLC d/b/a Bucks County Sheraton

April 11, 2022

4

Case ID: 220302596

# VERIFICATION

I, James L. Cowen, hereby verify that I am a duly authorized representative for Ashford TRS Bucks County d/b/a Bucks County Sheraton, a defendant in the above captioned action, and I am authorized to execute this verification in support of the attached Answer to the Plaintiff's Complaint with New Matter, which is based upon information that I have furnished to counsel and information which has been gathered by counsel in the preparation of the defense of this lawsuit. The language of the Answer to the Plaintiff's Complaint with New Matter is that of counsel and not mine. I have read the Answer to the Plaintiff's Complaint with New Matter and, to the extent it is based upon information which I have given to counsel, it is true and correct to the best of my knowledge, information, and belief. To the extent that the content of the Answer to the Plaintiff's Complaint with New Matter is that of counsel, I have relied upon counsel in making this verification. I understand that false statements made herein made are subject to the penalties of 18 Pa.C.S. Section 4904, relating to unsworn falsification to authorities.

**DATE:** *April 11, 2022*
**Polanco v. Ashford TRS**
**Bucks County, LLC d/b/a**
**Bucks County Sheraton**

**JAMES L. COWEN**
**General Counsel**
**Ashford TRS Bucks County, LLC d/b/a**
**Bucks County Sheraton**

Case ID: 220302596

# EXHIBIT "A"

Case ID: 220302596

BENNETT, BRICKLIN & SALTZBURG LLC
BY: VICTORIA M. KOMARNICKI
ATTORNEY I.D. NO. 34673
CENTRE SQUARE, WEST TOWER
1500 MARKET STREET
32ND FLOOR
PHILADELPHIA, PA  19102
(215) 665-3303
komarnicki@bbs-law.com

Attorney for Defendants
Ashford TRS Bucks County
Bucks County Sheraton (incorrectly named
Ashford TRS Bucks County, LLC d/b/a
Sheraton Bucks County)

*Filed and Attested by the*
*Office of Judicial Records*
*08 APR 2022 12:06 pm*
*E. HAURIN*

| | | |
|---|---|---|
| DORYS POLANCO | : | COURT OF COMMON PLEAS |
| | : | PHILADELPHIA COUNTY |
| v. | : | |
| | : | |
| ASHFORD TRS BUCKS COUNTY, LLC, | : | |
| d/b/a SHERATON BUCKS COUNTY; | : | NO. 220302596 |
| and JOHN DOE 1-10 (fictitiously named); | : | |
| and ABC Co. 1-10 (fictitiously named), and | : | |
| XYZ Corporations 1-10 (fictitiously named | : | |
| construction, maintenance, repair and/or | : | |
| property management corporations) | : | |

## STIPULATION OF COUNSEL RE DISMISSAL OF ALL PARTIES EXCEPT ASHFORD TRS BUCKS COUNTY, LLC D/B/A BUCKS COUNTY SHERATON AND TO CORRECT NAME OF DEFENDANT

It is stipulated by the parties as follows: (1) all defendants, except for Ashford TRS Bucks County, LLC d/b/a Bucks County Sheraton, are dismissed without prejudice; (2) the correct name of the remaining defendant is Ashford TRS Bucks County, LLC d/b/a Bucks County Sheraton (incorrectly named Ashford TRS Bucks County, LLC d/b/a Sheraton Bucks County); (3) the caption is amended to correct the name of the defendant; and (4) the caption shall read: Dorys Polanco v. Ashford TRS Bucks County, LLC d/b/a Bucks County Sheraton.

BRANDON J. BRODERICK
Attorney at Law

By: _____ **4-8-22**
CHRISTOPHER A. BRADLEY
Attorney for Plaintiff

BENNETT, BRICKLIN & SALTZBURG LLC

By: *Victoria M. Komarnicki* **4-8-22**
VICTORIA M. KOMARNICKI
Attorney for Ashford TRS Bucks County, LLC
d/b/a Bucks County Sheraton

Case ID: 220302596