IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DORYS POLANCO,** <br> Plaintiff, <br><br> v. <br><br> **ASHFORD TRS BUCKS COUNTY, LLC d/b/a BUCS COUNTRY SHERATON**, <br> Defendant. | **CIVIL ACTION** <br><br> **NO. 22-1533** |

## ORDER

**AND NOW**, this 7th day of March, 2023, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF 9) is **DENIED** without prejudice for the reasons stated in the foregoing Memorandum.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

MICHAEL M. BAYLSON, U.S.D.J.